No. ——. KOSTA KISIN *v.* STATE OF CALIFORNIA. On petition for a writ of certiorari to the Superior Court of the State of California in and for the County of Contra Costa.

March 1, 1920. *Per Curiam.* The motion for leave to proceed *in forma pauperis* in this case and that the clerk of this court be directed to file the petition for a writ of certiorari herein is denied. *Mr. Kosta Kisin* pro se.